John S. Sorenson, as Surviving Partner of the Firm of Crossman & Sielcken, in Liquidation, and Another, Defendants.*— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

Joseph Heit, Appellant, v. Samuel M. Grier, Also Known as Samuel M. Goldberg, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

Lawyers Mortgage Company, Respondent, v. Julia J. Hirsch, Appellant, Impleaded with Others. (Actions Nos. 1 and 2.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

Backman Laundry Service, Inc., Appellant, v. Alfred Green, Respondent. — Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of Kenneth P. Behr, Respondent, for a Peremptory Order of Mandamus against John McKenzie, Commissioner of Docks of the City of New York, and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of Kenneth P. Behr, Appellant, for a Peremptory Order of Mandamus against John McKenzie, Commissioner of Docks of the City of New York, and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

Max Sherover, Appellant, v. Golding Bros. Company, Inc., Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

John V. McDonough, Appellant, v. Arthur Garfield Hays, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.; Untermyer, J., takes no part.

Lillian Simpson and Another, Respondents, v. Kenless Realty Corporation and Another, Defendants, Impleaded with Norge Corporation, Appellant.— Order so far as appealed from modified by granting items 2, 3, 4 and 5; and items 7 and 9 in toto, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. If plaintiffs cannot furnish the information they may so state under oath. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of Samuel A. Malitz, Respondent, for an Order Permitting Him to Institute Suit against the Hotel Governor Clinton, Inc., Appellant, Pursuant to Section 1078 of the Civil Practice Act.— Orders reversed, with twenty dollars costs and disbursements, and motion denied, with

---

* Revd., 266 N. Y. 184.